UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-53-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| REID WHITFORD WHITE, JR. | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 19

and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to

the United States Attorney and Defendant's attorney.

This the 8 day of _____March_____, 2017.

_____
HONORABLE JAMES C. DEVER, III
Chief United States District Court Judge